UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CENTENNIAL BANK,**

      **Plaintiff,**

v.                                       Case No. 6:20-cv-2237-ACC-EJK

**FELIPE VAZQUEZ,**

      **Defendant.**

_____

**ORDER**

This cause is before the Court on the Supplemental Motion for Attorneys' Fees and Costs filed by Plaintiff Centennial Bank on May 19, 2021. (Doc. 21).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 28)

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 14, 2021 (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Supplemental Motion for Attorneys' Fees and Costs (Doc. 21) is hereby **GRANTED**.

- 2 -

3. Plaintiff Centennial Bank is awarded attorneys' fees from Defendant Felipe Vazquez in the amount of $19,513.00.

4. The Clerk is directed to enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 1, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties